US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 2 2 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
___CRIMINAL___ DIVISION

**JOHN PAUL DUNN**
_____
(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. __UNKNOWN_____
(Do Not Put Your Social Security Number)

V.                                    CASE NO. __CR 2014-63__

**STATE OF ARKANSAS**
_____
**And an UNKNOWN Number of**
_____
**its Employees/Agents**
_____
(Enter above the full name of the Defendant,
or Defendants, in this action.)

16-6007

**Previous Lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with the same facts
     involved in this action?

     Yes _____         No __X__

B.   If your answer to A is yes, describe each lawsuit in the space below including the <u>exact
     Plaintiff name or alias used</u>. (If there is more than one lawsuit, describe the additional
     lawsuits on another piece of paper, using the same outline.)

     1.   Parties to previous lawsuit

     Plaintiffs: _____

     Defendants: _____

     _____

     2.   Court (if federal court, name the district; if state, name the county):

     _____

     3.   Docket number: _____

     4.   Name of judge to whom case was assigned: _____

     5.   Disposition (for example: Was the case dismissed? Was it appealed?
          Is it still pending?) _____

     6.   Approximate date of filing lawsuit: _____

     7.   Approximate date of disposition: _____

**(Revised 04/2015)**

**II.**   **Place of Present Confinement:** ARKANSAS STATE Hospital 305 South Palm St 6Lower Little Rock, AR 72205

**III.**   There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

**A.**   Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes   X          No _____

**B.**   If your answer is YES, attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

**C.**   If your answer is NO, explain why not: Requested Them through F.O.I.A. 5 U.S.C §552a and was not responded to by the County or the State

**IV.**   **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

**A.**   Your Full Name: JOHN PAUL DUNN

Address: 305 South Palm St 6 Lower Little Rock AR 72205

(In Item B below, place the **full** name of the Defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B.   Read carefully and fill out all information sought.

**1. Defendant #1**

Full Name: Roy Bethel

Position: POLICE OFFICER

Place of Employment: CADDO VALLEY POLICE Dept

Address: _____

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
_Criminal_ **DIVISION**

_JORDAN vs Montgomery county_
_JORDAN vs state_
_Bryant vs stat_
_94 ARK APP 375 231 SW3d 91_
_MASSIAH vs._

JOHN PAUL DUNN
(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. UNKNOWN
(Do Not Put Your Social Security Number)

CASE NO. CR 2014-63

V.
CLARK County
and 19 of its
AGENTS/Employees
(Enter above the **full** name of the Defendant,
or Defendants, in this action.)

**I.      Previous Lawsuits**

**A.**   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____          No __X__

**B.**   If your answer to A is yes, describe each lawsuit in the space below including the **exact Plaintiff name or alias used.** (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.      Parties to previous lawsuit

Plaintiffs: _____

Defendants: _____

_____

2.      Court (if federal court, name the district; if state, name the county):

_____

3.      Docket number: _____

4.      Name of judge to whom case was assigned: _____

5.      Disposition (for example:  Was the case dismissed?  Was it appealed?
        Is it still pending?) _____

6.      Approximate date of filing lawsuit: _____

7.      Approximate date of disposition: _____

**(Revised 04/2015)**

-1-

**2. Defendant #2**

Full Name: Aaron Collier

Position: POLICE OFFICER

Place of Employment: CADDO VALLEY POLICE DEPARTMENT

Address: 137 MALVERN RD

CADDO VALLEY, ARKANSAS 71923

**3. Defendant #3**

Full Name: JASON WATSON

Position: Sheriff

Place of Employment: CLARK COUNTY Sheriffs Dept

Address: 406 S. 5th Street

ARKADELPHIA, ARKANSAS 71923

**4. Defendant #4**

Full Name: BLAKE FORGA

Position: DRUG TASK FORCE Clark County AGENT

Place of Employment: CLARK COUNTY Sheriffs Dept

Address: 406 S. 5th Street

ARKADELPHIA, ARKANSAS 71923

**5. Defendant #5**

Full Name: Timothy Beckham

Position: Public DEFENDER

Place of Employment: Circuit COURT CLARK COUNTY State employee

Address: 308 CLAY Street Ste A

ARKADELPHIA, AR

**6. Defendant #6**

Full Name: KARA Belue

Position: Psychiatrist

Place of Employment: ARKANSAS STATE HOSPITAL State employee

-3-

7. DEFENDANT #7

Full name: Robert McCallum
Position: Judge
Place of Employ: Clark County Courthouse
Address: 406 S. 5th St Arkadelphia, AR 71923

8. DEFENDANT #8
RANDY Hill
Judge
Clark County Courthouse
406 S. 5th St Arkadelphia, AR 71923

9. DEFENDANT #9
Brent Whitworth
DTF AGENT
Clark County sheriffs Dept
406 S. 5th St ARKADELPHia AR 71923

10. DEFENDANT #10
Blake Batson
Prosecuting Attorney
State of ARKANSAS/Clark county
414 Court St Arkadelphia AR 71923

11. DEFENDANT #11
RANDY WYNDHAM
Jailor
Clark county Detention facility
406 S. 5th St ARKADELPHia AR 71923

12. Defendant #12
LARRY CAIN
Jail Administrator
Clark county Detention Facility
406 S. 5th St ARKADELPHia AR 71923

13. Defendant #13
James Mayhue
Jail administrator
Clark county Detention facility
406 S 5th St ARKADELPHia, AR 71923

14. Defendant #14
Foley
Jailor
Clark county Detention Facility
406 S 5th St ARKADelphia, AR 71923

15. Defendant #15
NATE MORRISON
Jailor
Clark county Detention facility
406 S 5th St ARKADELPHia, AR 71923

16. Defendant #16
JD CROWE JR
Jailor/Deputy
Clark County Detention Facility
406 S 5th St ARKADELPHia, AR 71923

17. DEFENDANT #17
Robert Williams
Jailor
Clark County Detention Facility
406 S 5th St ARKADELPHia AR 71923

18. DEFENDANT #18
ARCHER
Jailor
Clark County Detention Facility
406 S 5th St ARKADELPHia AR 71923

19. DEFENDANT #19
Janice Williams
Public Defender Assistant
Clark County/State of ARKANSAS
308 Clay St SteA ArkaDELPHia AR 71923

20. DEFENDANT #20
Billy Burris
Administrator
ARKANSAS State Hospital
305 S. Palm St Little Rock AR 72205

21. DEFENDANT #21
Dr PAUL DAYOUB
Psychiatrist
State of ARKANSAS
UNK ADDRESS ARCADE DR Little Rock AR 72205

22. DEFENDANT #22
CARLA Owen
NURSe Supervisor
ARKANSAS State Hospital
305 South Palm St 6 Lower Little Rock AR 72205

23. DEFENDANT #23
DAVID JOSLIN
Social worker
ARKANSAS STATE Hospital
305 South Palm St 6 Lower Little Rock AR 72205

24. DEFENDANT #24
ALEXANDRA Blondell
Social worKER
ARKANSAS STATE Hospital
305 South Palm St 6 Lower Little Rock AR 72205

25. DEFENDANT #25
Michelle MESSER
Psychological examiner claims to be psychologist
ARKANSAS STATE Hospital
305 South Palm St 6lower Little Rock AR 72205

26. DEFENDANT #26
LARRY Smith
Miler Coordinator
ARKANSAS STATE Hospital
305 South Palm St 6 Lower Little Rock AR 72205

27. Defendant #27
MELissa Kaiser
Student / Social Work
ARKANSAS STATE Hospital
305 South Palm St Little Rock AR 72205

28. Defendant #28
Nikki Shycanna Walker
Behavior specialist
ARKANSAS STATE Hospital
305 South Palm St Little Rock AR 72205

29. Defendant #29
Cheryll Piggee
Behavior Specialist
ARKANSAS STATE Hospital
305 South Palm St Little Rock AR 22005

30 Defendant #30
JOSHUA Dixon
Unit security officer
ARKANSAS STATE Hospital
305 South Palm St Little Rock AR 72205

31 Defendant #31
Christi WARDLAW
Alcholics ANnonymous
ARKANSAS STATE Hospital
305 South Palm St Little Rock AR 72205

32. Defendant #32
DAVID CONTRERAS / DR SIMON
Student working as DR. Simon
ARKANSAS STATE Hospital
305 South Palm St Little Rock AD 72205

33. DEFENDANT #33
DR. Simon
Psychiatrist
ARKANSAS STATE HOSPITAL
305 South Palm St Little Rock AR 72205

34 DEFENDANT #34
A. SUNDER / Dr. Peacock
Student WORKing as Dr Peacock
ARKANSAS STATE HOSPITAL
305 South Palm st Little Rock AR 72205

35. DEFENDANT #35
DR Robert FOREST
Psychiatrist
ARKANSAS STATE Hospital
305 South Palm St Little Rock AR 72205

36 DEFENDANT #36
DR Peacock
Psychiatrist
ARKANSAS STATE Hospital
305 South Palm St Little Rock AR 72205

37. DEFENDANT #37
Dr Strode
Psychiatrist
ARKANSAS STATE HOSPITAL
305 South Palm St Little Rock AR 72205

38. DEFENDANT #38
Dr Simpson
Psychiatrist
ARKANSAS STATE Hospital
305 South Palm St Little Rock AR 72205

39. DEFENDANT # 39
DR WALL
Psychiatrist
ARKANSAS STATE Hospital
305 South Palm St Little Rock AR 72205

40. DEFENDANT # 40
JOHN Allen
UNKNOWN Position/Infectious Disease
UAMS
4301 W. Markham St   Little Rock AR   72205

41. DEFENDANT # 41
DR. Michael Saccente
Physician
UAMS
4301 W. Markham St Little Rock AR 72205

42. DEFENDANT # 42
ARKANSAS DEPARTMENT OF Human Services
100 UNKNOWN Employees
ARKANSAS STATE HOSPITAL
305 South Palm St Little Rock, AR 72205

43. DEFENDANT # 43
CLARK COUNTY, ARKANSAS
State OF ARKANSAS
406 S 5th St ARKADELPHIA, AR

44. DEFENDANT # 44
City OF ARKADELPHIA
State OF ARKANSAS

45. DEFENDANT #45
CITY OF CADDO VALLEY
STATE OF ARKANSAS
137 MALVERN RD CADDO VALLEY AR 71923

46. DEFENDANT #46
MATT AVANT
CITY OF ARKADELPHIA
POLICE OFFICER

## 2.  Defendant #2

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

## 3.  Defendant #3

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

## 4.  Defendant #4

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

## 5.  Defendant #5

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

## 6.  Defendant #6

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

Address: 305 South Palm Street 6 Lower Little Rock, ARKANSAS 72205

**V.**  At the time of the alleged incident(s), were you:
(check the appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges
___ serving a sentence as a result of a judgment of conviction
___ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: A 5-2-305 AND A 5-2-310 order WAS Done without my Knowledge and NOW in the state Hospital

Please provide the date of your conviction or probation or parole revocation:

_____

**VI.**  **Statement of Claim**

State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the **facts** of your claim.

With respect to **each** claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

**Claim Number # 1:**

Type of Claim (for example: excessive force, denial of medical care, etc.):

FALSE ARREST AND IMPRISONMENT

_____

Date of the Occurrence: July 9th 2014, July 23rd 2015

Name of each Defendant involved: AARon collier, ROY Bethel, JASON WATSON, Blake FORGA, MATT AVANT, NATE MORRISON, LARRY CAIN, Brent Whitworth

_____

(A) With respect to Defendant (Name) Roy Bethel , describe the acts or omissions of **this** Defendant that form the basis for claim #1 and any harm caused by it.

NO PROBABLE CAUSE, Illegally searched vehicle, Didn't allow me to go back to the vehicle to get documents to show my prescription for D-meTHAMPHETamine, registration

-4-

etc. I lost my vehicle, my 2 dogs my Life
Liberty and pursuit of Happiness Loss of Home
Loss of LAND, Loss of Records back to Birth

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

X   both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

Ignorance of the law. IF He Had of Been
through any methamphetamine training, or college
education surely he would have Known I wasnt
in violation of written Law. He Failed to
Know the laws He enforces. He did not do
a thorough inventory of Items in vehicle. Failure to continue
education

(B) With respect to Defendant (Name) **Blake FORGA**, describe the acts or omissions of **this** Defendant that form the basis for claim #1 and any harm caused by it.

He Falsified Documents and Records to
Get a warrant. Loss of Life Liberty & pursuit
of Happiness loss of vehicle a pets. Loss
of Home loss of Land. Loss of Records Dating
back to Birth (Report cards, Birth certificates)
loss of Photographs (ADAM BROWN AFGANISTAN 2008)

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

X   both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Its usual and customary for him to be trained in all facets of law and to know that its possible under certain laws for thier to be exceptions to the law. Failure to comply with commission on law Enforcement Standards Failure to do Continuing education

**(C)  With respect to Defendant (Name)** BRENT Whitworth **, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.**

Failure to do a complete inventory on vehicle Failure to comply with law enforcement Standards. Loss of Life Liberty & Pursuit of Happiness Loss of Land, Loss of vehicle, Loss of Pets & dogs

_____

_____

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____     official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____     personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

X     both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Failure to comply with commission on law enforcement Standards. Failure to Do Continuing education

_____

_____

_____

**(D)  With respect to Defendant (Name)** MATT AVANT **, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.**

Failure to do a complete inventory of vehicle Loss of Life Liberty pursuit of Happiness Loss of vehicle, Loss of Home, Loss of Land Loss of Pets 2 dogs + Extensive Records Dating to Birth Loss of Photographs. Loss of DOG Food Clothes MEDIcation

**Are you suing this Defendant in his or her: (check the appropriate blank)**

____    **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

____    **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

X    **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Failure to comply with commission or law enforcement STandARDS Failure to do continuing education

**Claim Number # 2:**

**Type of Claim (for example:  excessive force, denial of medical care, etc.):**

Denial of MEDicAL CARE (MEDiBOLTCS HIV) (ADD/ADHD Amphetamine/methamphetamine) Absess Tooth

**Date of the Occurrence:** Starting July 9th to Present

**Name of each Defendant involved:** James Mayhue, Randy Wyndham, NATHANIAL MORRisson, Foley

**(A)  With respect to Defendant (Name)** JAMES MAYHUE **, describe the acts or omissions of this Defendant that form the basis for claim #2 and any harm caused by it.**

Failure to act withing the standards and care. Violated state + federal Laws wasnt treated for HIV, ABsess Tooth or given pain medication. Lost years of My Life irrepairable Damage to heart, Liver Immune system Function Loss of Teeth

**Are you suing this Defendant in his or her: (check the appropriate blank)**

____  **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

____  **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

__X__  **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Failure to do any education or training and Knowledge to do the JOB. Failure to have trained MEDICAL staff on Duty 24 hrs a day

_____

_____

_____

**(B)  With respect to Defendant (Name)** RANDY WYNDHAM **, describe the acts or omissions of this Defendant that form the basis for claim #2 and any harm caused by it.**

WOULD NOT Listen to anything I or any other Prisoner would Say. Your supposed to get Tylenol at 8Pm But you cant save it or its contraband If you have a medical emergency at 3AM your just out of Luck, Loss of Teeth Loss of immune Function = years of Life

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

\_\_\_\_   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

\_\_\_\_   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

X   both official and personal capacity

<u>If you are asserting an official capacity claim</u>, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Failure to have appropriate Training in Jail standards + continuing education Failure to Contact emergency MEDICAL Personelle or be train in anything other than CPR

**(C)** With respect to Defendant (Name) <u>NAThaniel MARRISon</u>, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #2 and any harm caused by it.

Failed to contact MEDICAL Personell in emergency Situation, Failure to act withing standards of Jails, Failure to DO hourly rounds to check on prisoners, failure to Dispense mEDICATion when needed, LOSS OF immune System Lost years of my LiFe

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

\_\_\_\_   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

\_\_\_\_   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

X   both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Failure to be properly trained Failure to continue education, Failure to seek out fact and Help someone in need

**(D)  With respect to Defendant (Name)** Officer FOLEY **, describe the acts or omissions of this Defendant that form the basis for claim #2 and any harm caused by it.**

Failure to act within Jail standARDS. Failure to render aid immediately once notified, Loss of teeth loss OF life and immune function.

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

__X__ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Failure to be properly trained Failure to have continuing education. He is supposed to render Aid immediately

-10-

**Claim Number # 3:**

**Type of Claim (for example: excessive force, denial of medical care, etc.):**

Punishment without Due Process of the Law

**Date of the Occurrence:** July 9th 2014 to Present

**Name of each Defendant involved:** Robert McCallum, RANDY Hill, Blake Batson, Timothy Beckham, Janice Williams

**(A) With respect to Defendant (Name)** Robert McCallum **, describe the acts or omissions of this Defendant that form the basis for claim #3 and any harm caused by it.**

Failed to act within the standards of the US constitution wasn't given the right to be heard. He gave me extremely excessive bail not attainable and was imprisoned where I wasn't allowed a phone call or access to an Attorney. Loss of Life Liberty pursuit of Happiness loss of Personal Property & real property

**Are you suing this Defendant in his or her: (check the appropriate blank)**

____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

X **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Rules of Criminal Procedure, failure to do continuing education

**(B)  With respect to Defendant (Name)** RANDY Hill **, describe the acts or omissions of this Defendant that form the basis for claim #3 and any harm caused by it.**

Failure to have any evidence or allow
me a chance to mount a vigorous defense
I lost everything

**Are you suing this Defendant in his or her: (check the appropriate blank)**

\_\_\_\_  **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

\_\_\_\_  **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

X  **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Failure to do continuing education and keep
up with current events Failure to abide
by separation of church and state. He made some
Biblical Remarks that I know nothing or
care nothing about. Rules of Criminal
Procedure not followed

**(C)  With respect to Defendant (Name)** Blake Batson **, describe the acts or omissions of this Defendant that form the basis for claim #3 and any harm caused by it.**

Failure to want the facts or any evidence
that would have immediately shown I
was a law abiding citizen. I've lost
everything. Personal Real property friends
Family, Pets

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____ . personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

☒ both official and personal capacity

<u>If you are asserting an official capacity claim,</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

Failure to do continuing education
or Keeping up with laws eg. studying
+ memorizing CFR. ACA U.S.C.
Rules of criminal Procedure

(D)  With respect to Defendant (Name) *Timothy Beckham*, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #3 and any harm caused by it.

Violation of Attorney client privelege loss
of Life liberty pursuit of Happiness loss
of Home, Family, Friend, Pets, Photograph
Personal & Real property.

Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

☒ both official and personal capacity

<u>If you are asserting an official capacity claim,</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

Failure to comply with rules of criminal procedure
Failure to do continuing education

_____

_____

_____

_____

**Claim Number # 4:**

**Type of Claim (for example:  excessive force, denial of medical care, etc.):**

Denial oF MEDicAL CARE

**Date of the Occurrence:** July 23rd, 2015

**Name of each Defendant involved:** Kara Belve, Billy Burris
Robert Forest, (DAVID contreras. DR Simon)

_____

_____

**(A)  With respect to Defendant (Name)** Kara Belve **, describe the acts or omissions of this Defendant that form the basis for claim #4 and any harm caused by it.**

Failure to comply with care + StanDARDS and
Lack of Knowledge OF MEDiCiNE. HAVENT
Been treated FoR ADHD Causing me to appear
to have Other mental illnesses, TALKiNG
to a family member who I was the victim of an
assault and was to be arrested + Do what she said
Loss oF Life Liberty + pursuit oF Happiness

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

X   both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

HIPPA

_____

**(B)  With respect to Defendant (Name)** Billy Burris , describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #4 and any harm caused by it.

TALKING To People without my Knowledge
Loss of Life / freedom

**Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)**

____  official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____  personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

X  both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

HIPPA

**(C)  With respect to Defendant (Name)** DAVID CONTRERAS / Dr Simon , describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #4 and any harm caused by it.

Talking to people without my express
permission Loss of Life / freedom

_____
_____
_____

**Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)**

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

X both official and personal capacity

**<u>If you are asserting an official capacity claim</u>, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

HIPPA _____
_____
_____
_____
_____
_____

**(D)  With respect to Defendant (Name)** Robert Forrest **, describe the acts or omissions of <u>this</u> Defendant that form the basis for claim #4 and any harm caused by it.**

NOT Treating me For ADD or transferring
me to be treated
_____
_____
_____
_____

**Are you suing <u>this</u> Defendant in his or her: (check the appropriate blank)**

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

X both official and personal capacity

-16-

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

States Policy to not treat ADD in forensics

VII.    **Relief**

**If you are seeking to recover damages from the named Defendants,** check the appropriate blank or blanks below for the type or types of damages that you are seeking:

[X]   Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

[X]   Punitive damages (designed to punish a Defendant for engaging in misconduct and deter a Defendant and others from engaging in such misconduct in the future)

**State briefly below any other relief you are seeking in this action.  Make no legal arguments.  Cite no cases or statutes.**

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this _11_ day of _January_ , 20_16_ .

JOHN PAUL DUNN
Printed Name of Plaintiff

_John Paul D_____
Signature of Plaintiff

John Dunn
305 South Palm St
b Lower
LR AR 72205

Sherry Gin
PRO SE LR
35 East Mount 570
FAYETTEVILLE, A

PRSRT FIRST-CLASS MAIL
US POSTAGE PAID
Little Rock, AR
PERMIT# 780

N SERVICE REQUESTED

92