AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __ARKANSAS__

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 22 2016

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

JOHN DUNN
*Plaintiff/Petitioner*
v.
State of ARKANSAS
*Defendant/Respondent*

Civil Action No. 16-6007

RECEIVED WD/AR JAN 15 2016

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __ARKANSAS STATE HOSPITAL__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ __0__, and my take-home pay or wages are: $ __0__ per
(specify pay period) __NA__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment  ☐ Yes  ☒ No
(b) Rent payments, interest, or dividends  ☐ Yes  ☒ No
(c) Pension, annuity, or life insurance payments  ☐ Yes  ☒ No
(d) Disability, or worker's compensation payments  ☒ Yes  ☐ No
(e) Gifts, or inheritances  ☐ Yes  ☒ No
(f) Any other sources  ☐ Yes  ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Social Security Disability  $1173.00 month

4. Amount of money that I have in cash or in a checking or savings account: $10,000.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: 2004 Chevrolet Suburban $7000.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: NONE

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: NONE

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: Student Loans

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 1-11-16

*Applicant's signature:* John Paul Dunn

*Printed name:* JOHN PAUL DUNN

# **CERTIFICATE OF INMATE ACCOUNT AND ASSETS**
(To be Completed by the Institution of Incarceration)

I certify that the applicant, _____, has the sum of

$ _____ in his/her prisoner account at the institution where he/she is confined. I further

certify that the applicant likewise has the following securities to his/her credit according to the

records of this institution: _____

_____.


I further certify that in the applicant's prisoner account: (a) The average monthly deposit was

$ _____; and (b) The average balance for the last six months was $ _____.

Based on the above prisoner account information, I calculate that 20 percent of the greater of (a) or

(b) above is $ _____.

Signed this _____ day of _____, 20_____.


_____
Authorized Officer of Institution

_____
Name of Institution