IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 22 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

JOHN PAUL DUNN — PLAINTIFF

V          4:16 CV 00037-KGB

KARA BELUE, et al.          DEFENDANTS

## ADDENDUM TO COMPLAINT

1. Plaintiff's present place of confinement is at Clark County Detention Facility 406 S 5th St Arkadelphia AR 71923. Plaintiff was returned to this ADDRESS February 10th 2015.

2. Plaintiff was placed on a 5-2-310 court order to have a competency evaluation by the request of Public Defender Timothy Beckham without the plaintiff's knowledge. Plaintiff was held for 7 months before Kara Belue had a real physician do a competency evaluation which plaintiff passed and was returned to CCDF.

3. Plaintiff was initially evaluated by 2 students who had 2nd hand 3rd party information. That was all untrue.

4. Plaintiff has all supporting documents that will show plaintiff has not now or ever broken the law and has never had any mental illnesses. Plaintiff will admit all exhibits + request summary judgement

Sincerely,
John P Dunn